

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2014

No. 04-14-00101-CR

**THE STATE OF TEXAS,**
Appellant

v.

Irma Claudio **GARCIA**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8677
The Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

After we granted two extensions of time to file appellee's brief, appellee has filed a third request for an extension of time, asking that we extend the deadline for filing appellee's brief to August 18, 2014. After review, we **GRANT** appellant's third motion for extension of time to file the brief and **ORDER** appellee to file the brief on or before **August 18, 2014**. We advise appellee that no further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court